Elliot Gale (Bar No. 263326)
egale@gajplaw.com
Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Christopher Tan

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER TAN <br><br> Plaintiff, <br><br> vs. <br><br> NATIONSTAR MORTGAGE LLC, et. al. <br> Defendants. | Case No.: 2:19-cv-01920-MCE-AC <br><br><br> **ORDER** |

Pursuant to the stipulation of the Parties, Nationstar Mortgage, LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs. This case shall proceed on Plaintiff's remaining claims.

IT IS SO ORDERED.

DATED: February 12, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE