Joe Angelo (Bar No. 268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Christopher Tan

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTOPHER TAN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRANSUNION LLC., et. al.<br>　　　　　Defendants. | Case No.: 2:19-cv-01920-MCE-AC<br><br>**ORDER** |

　　　Pursuant to the stipulation of the Parties, TransUnion, LLC is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.  The Clerk of the Court is directed to close this case.

　　　IT IS SO ORDERED.

Dated:  May 26, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE